IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Trevis Edward,<br><br>   Plaintiff,<br><br>v.<br><br>Credit Vision Inc.,<br><br>   Defendant. | No. CV-14-2331-PHX-DKD<br><br>**JUDGMENT** |

On March 18, 2015, Plaintiff submitted a Motion for Default Judgment (Doc. 11). On April 20, 2015, the Court denied the Motion for Default Judgment and directed that "Plaintiff shall provide notice within 21 days of whether he wishes to proceed by hearing or will accept a judgment in the amounts requested for statutory damages and attorneys' fees and costs" (Doc. 12). On April 20, 2015, Plaintiff filed a Notice of Acceptance of Ruling Without a Hearing (Doc. 13). Accordingly,

**IT IS HEREBY ORDERED** that judgment is entered in favor of Plaintiff, Trevis Edward, and against Defendant, Credit Vision Inc., as follows:

1. $1,000.00 in statutory damages; and
2. $3,126.50 for attorneys' fees and costs.

Dated this 27th day of May, 2015.

_____
David K. Duncan
United States Magistrate Judge